IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAZARIAN INTERNATIONAL FINANCIAL ASSOCIATES, L.L.C., <br><br> Plaintiff, <br><br> <br><br> DESARROLLOS AEROHOTELCO, C.A., et al., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 1:13-cv-01981-BAH ) ) ) ) ) ) ) |

## PROOF OF SERVICE

I, Eric N. Heyer, hereby certify that on April 24, 2015, I emailed copies of the Summonses issued in the above-captioned case to Defendants Desarrollos Aerohotelco, C.A.; Walter Luciano Stipa Sprecase; Desarrollos Newco 22, C.A.; Desarrollos Hotelco Corporation Curacao Holding, N.V.; Desarrollos Hotelco Corporation Aruba Holding, N.V.; Desarrollos Hotelco Corporation DHC Aruba, N.V.; and Desarrollos Hotelco Corporation Aruba Holding Caracas, S.A. and First Amended Complaint, along with a copy of the Court's April 21, 2015 Minute Order, to Wilfredo Rodriguez, Esq. of the law firm of Avila Rodriguez Hernandez Mena & Ferri LLP. True and correct copies of the emails to Mr. Rodriguez (without the voluminous attachments) are attached hereto as Exhibits A-1 through A-5.

I hereby also certify that on April 23, 2015, I caused the Summonses issued to the above-referenced Defendants and copies of the First Amended Complaint to be mailed via registered United States mail, postage prepaid, to Wilfredo Rodriguez, Esq. of the law firm of Avila Rodriguez Hernandez Mena & Ferri LLP at 2525 Ponce de Leon Boulevard, Penthouse 1225, Miami, Florida 33134-6049. A printout of an email generated by the United States Postal

Service's tracking service showing that the package was delivered to Mr. Rodriguez's firm on April 30, 2015, at 3:53 pm is attached hereto as Exhibit B.

I declare under penalty of perjury that the above information is true.

Dated: May 4, 2015

/s/ Eric N. Heyer
Eric N. Heyer
D.C. Bar No. 500095
Thompson Hine LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036
Telephone - (202) 331-8800
Facsimile – (202) 331-8330
eric.heyer@thompsonhine.com

*Counsel for Plaintiff Bazarian International Financial Associates, LLC*