# Exhibit A-2

# Heyer, Eric

| | |
|---|---|
| **From:** | Heyer, Eric |
| **Sent:** | Friday, April 24, 2015 12:31 PM |
| **To:** | 'frodriguez@arhmf.com' |
| **Cc:** | 'ERodriguez@arhmf.com'; 'jeff@jeffhellmanlaw.com' |
| **Subject:** | RE: Bazarian International Financial Associates v. Desarrollos Aerohotelco, C.A., et al., Case No. 13-1981-BAH (D.D.C.) (Email 2 of 4) |
| **Attachments:** | Newco Summons.pdf; Hotelco Curacao Summons.pdf |

Email 2 of 4 per the below.

Eric Heyer | Counsel | **Thompson Hine LLP**
Office: 202.263.4128 | **Mobile:** 202.450.0867

**From:** Heyer, Eric
**Sent:** Friday, April 24, 2015 12:30 PM
**To:** 'frodriguez@arhmf.com'
**Cc:** 'ERodriguez@arhmf.com'; 'jeff@jeffhellmanlaw.com'
**Subject:** Bazarian International Financial Associates v. Desarrollos Aerohotelco, C.A., et al., Case No. 13-1981-BAH (D.D.C.) (Email 1 of 4)

Mr. Rodriguez:

This is the first of four emails. Please see the attached order from the U.S. District Court for the District of Columbia in the above-referenced case and the attached summonses and first amended complaint (which I am breaking up and sending via four emails due to their size) naming the following defendants:

1. Desarrollos Aerohotelco, C.A.
2. Walter Luciano Stipa Sprecase
3. Desarrollos Newco 22, C.A.
4. Desarrollos Hotelco Corporation Curacao Holding, N.V.
5. Desarrollos Hotelco Corporation Aruba Holding, N.V.
6. Desarrollos Hotelco Corporation DHC Aruba, N.V.
7. Desarrollos Hotelco Corporation Aruba Holding Caracas, S.A.

Per the Court order, this email and the summonses and first amended complaint that are being sent to you via registered mail shall constitute service of process on the Defendants in this case.

Eric Heyer | Counsel | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-1600
Office: 202.263.4128 | **Mobile:** 202.450.0867
Fax: 202.331.8330 | **Email:** Eric.Heyer@ThompsonHine.com
**Visit our new website at www.ThompsonHine.com**

Named a top U.S. law firm in five litigation areas – including one of the top 20 firms for Complex Litigation and Employment Litigation – in BTI's *Litigation Outlook 2014*, survey of corporate counsel.

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

1