# Exhibit B

# Slaughter, Sylena

| | |
|---|---|
| **From:** | US_Postal_Service@usps.com |
| **Sent:** | Thursday, April 30, 2015 4:08 PM |
| **To:** | Slaughter, Sylena |
| **Subject:** | USPS Shipment Info for RE013214574US |

This is a post-only message. Please do not respond.

Sylena Slaughter has requested that you receive a USPS Tracking™ update, as shown below.

USPS Tracking™ e-mail update information provided by the U.S. Postal Service.

Label Number: RE013214574US

On Time
Expected Delivery Date: May 1, 2015

Service Type: Registered Mail™

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | MIAMI, FL 33134 | April 30, 2015 3:53 pm |
| Arrived at Unit | MIAMI, FL 33134 | April 30, 2015 9:09 am |
| Out for Delivery | MIAMI, FL 33152 | April 30, 2015 7:16 am |
| Sorting Complete | MIAMI, FL 33152 | April 30, 2015 7:06 am |
| Arrived at USPS Facility | MIAMI, FL 33152 | April 30, 2015 2:02 am |
| Arrived at USPS Facility | DULLES, VA 20101 | April 28, 2015 5:44 am |
| Departed USPS Facility | WASHINGTON, DC 20066 | April 25, 2015 5:03 pm |
| Arrived at USPS Facility | WASHINGTON, DC 20066 | April 25, 2015 9:49 am |
| Departed Post Office | WASHINGTON, DC 20036 | April 23, 2015 5:48 pm |
| Acceptance | WASHINGTON, DC 20036 | April 23, 2015 1:04 pm |

Reminder: USPS Tracking™ by email

Date of email request: April 30, 2015

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the USPS Tracking™ by email process again at the end of the 2 weeks, please do so at the USPS Tracking™ web site at http://www.usps.com/shipping/trackandconfirm.htm

Results provided by the U.S. Postal Service.

Want to Track on the go?
You can track your packages using USPS Text Tracking™ by texting your tracking number to 28777 (2USPS™) or selecting the Text Update option on our USPS Tracking™ site.
For more information go to https://www.usps.com/text-tracking/welcome.htm

