UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
MAY 14 2018
Clerk, U.S. District and
Bankruptcy Courts

BAZARIAN INTERNATIONAL FINANCIAL
ASSOCIATES, LLC,

    Plaintiff,

v.

DESARROLLOS HOTELCO, C.A.,
DESARROLLOS HOTELCO CORPORATION
CURACAO HOLDING N.V., and
DESARROLLOS HOTELCO CORPORATION
DHC ARUBA, N.V.,

    Defendants.

Civil Action No. 13-1981 (BAH)

Chief Judge Beryl A. Howell

## VERDICT FORM

We, the Jury, find as follows:

1. Do you find that Plaintiff performed or substantially performed its duties and obligations required under the Agreement with Defendant Desarrollos Hotelco C.A. ("Hotelco C.A.")?

    YES __X__

    NO _____

    If your answer to Question 1 is YES, then answer Question 3.
    If your answer to Question 1 is NO, then answer Question 2.

2. Did the Defendants' actions prevent or substantially contribute to Plaintiff's failure to perform its duties and obligations under the Agreement?

    YES _____

    NO _____

    If your answer to Question 2 is YES, then answer Question 3.
    If your answer to Question 2 is NO, then your verdict is for the Defendants, and you should proceed only to date and sign this verdict form.

1

3. Did Defendant Hotelco C.A. breach its contract with Plaintiff?

   YES __X__

   NO _____

   If your answer to Question 3 is NO, then your verdict is for the Defendants, and you should proceed only to date and sign this verdict form.

4. What is the total amount of damages suffered by Plaintiff as a result of Defendant Hotelco C.A.'s breach of contract?

   $ 2,200,000

5. Is Defendant Desarrollos Hotelco Corporation Curacao Holding N.V. ("Hotelco Curacao") legally responsible for the damages suffered by Plaintiff as a result of Defendant Hotelco C.A.'s breach of contract identified in your answer to Question 4 because Defendant Hotelco Curacao is the:

   (a) successor in interest to Defendant Hotelco C.A. or to Desarrollos Aerohotelco C.A. ("Aerohotelco")?

   YES __X__

   NO _____

   (b) alter ego of Defendant Hotelco C.A.?

   YES __X__

   NO _____

6. Is Defendant Desarrollos Hotelco Corporation DHC Aruba, N.V. ("DHC") legally responsible for the damages suffered by Plaintiff as a result of Defendant Hotelco C.A.'s breach of contract identified in your answer to Question 4 because Defendant DHC is the:

   (a) successor in interest to Defendant Hotelco C.A. or to Desarrollos Aerohotelco C.A. ("Aerohotelco")?

   YES __X__

   NO _____

   (b) alter ego of Defendant Hotelco C.A.?

   YES __X__

NO_____

SO SAY WE ALL, this 14th day of May, 2018.

_____
FOREPERSON