# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BAZARIAN INTERNATIONAL** | ) | |
| **FINANCIAL ASSOCIATES, LLC,** | ) | |
| | ) | |
| **Plaintiff / Judgment Creditor,** | ) | |
| | ) | **Civil Action No. 1:13-01981-BAH** |
| **v.** | ) | |
| | ) | |
| **DESARROLLOS HOTELCO, C.A.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants / Judgment Debtors.** | ) | |
| | ) | |

**DECLARATION OF ERIC N. HEYER IN SUPPORT OF MOTION FOR AWARD OF
POST-TRIAL ATTORNEYS' FEES AND COSTS**

I, Eric N. Heyer, do hereby declare as follows:

1.      I am over the age of 18 years and either have personal knowledge of the facts set forth below or have knowledge based on the business records received or created by my firm, Thompson Hine LLP ("Thompson Hine") in the normal course of business such that I would be competent to testify to the same if called.

2.      I am counsel of record for the plaintiff / judgment creditor, Bazarian International Financial Associates, LLC ("BI").  I am submitting this declaration in support of BI's motion for an award of its post-trial reasonable attorneys' fees and costs.

3.      I am a partner in the Washington, D.C. office of Thompson Hine.

4.      My credentials, experience, and hourly rates, as well as those of the other Thompson Hine timekeepers that have performed work on this case, are set forth in detail in my initial declaration (Doc. 134-2) filed on May 29, 2018, in support of BI's motion for award of

1

pre-judgment interest, post-judgment interest, reasonable attorneys' fees, costs, and expenses (Doc. 134).

5.     Additionally, since the conclusion of the trial of this matter, another associate, Andrew Geha, has provided limited support on research related to the various post-trial motions. Mr. Geha is an associate in Thompson Hine's Cincinnati, Ohio office.  He received his juris doctor from the Washington University in St. Louis in 2017 and has been in private practice as a trial attorney with Thompson Hine since that time.  Mr. Geha is admitted to practice in Ohio.

6.     BI's motion for award of pre-judgment interest, post-judgment interest, reasonable attorneys' fees, costs, and expenses (Doc. 134) sought only those attorneys' fees and costs incurred through the last day of trial in this matter on May 14, 2018.  Since that time, BI has incurred additional attorneys' fees and costs to, *inter alia*: (i) prepare its bill of costs (Doc. 133); (ii) prepare its motion for award of pre-judgment interest, post-judgment interest, reasonable attorneys' fees, costs, and expenses (Doc. 134) and reply in support thereof (Doc. 141); (iii) prepare its opposition to Defendants' DHC and Hotelco Curacao's renewed motion for entry of judgment or new trial (Doc. 136); and (iv) prepare its opposition to Defendants' post-trial motion for remittitur or, in the alternative, for a new trial on damages (Doc. 137).

7.     The hours and amounts billed to BI for this post-trial work, as well as the billing descriptions (with redactions and adjustment for work for which BI does not seek an award of reasonable attorneys' fees) are found in the attached invoices. To the extent that one time entry encompasses work for which BI does and for which BI does not seek an award of reasonable attorneys' fees, I have redacted the description of the work for which an award of reasonable attorneys' fees is not sought and handwritten in the adjusted number of hours.  If a time entry is crossed out entirely, that means that BI does not seek an award of reasonable attorneys' fees for

any of the time associated with that redacted time entry.  The following summarizes the amounts billed per timekeeper for which BI is seeking an award of its reasonable attorneys' fees since the end of trial:

| | | | | | |
|---|---|---|---|---|---|
| Eric N. Heyer | 39.7 hours | x | $430 | = | $17,071 |
| David A. Wilson | 6.2 hours | x | $695 | = | $4,309 |
| Karyna Valdes | 25.5 hours | x | $285 | = | $7,267.50 |
| Jesse Jenike-Godshalk | 74.5 hours | x | $325 | = | $24,212.50 |
| Andrew Geha | 4.5 hours | x | $235 | = | $1,057.50 |
| | | | Total: | | $53,917.50 |

8.      In addition to the attorneys' fees outlined above, BI also incurred additional costs since the end of trial that have not been previously sought either through BI's previous motion or its bill of costs.  The following are the costs and expenses that were charged in the first instance to Thompson Hine and then billed to BI and are reflected in the attached invoices:

| | |
|---|---|
| LEXIS Charges | $1,518.48 |
| PACER Charges | $54.40 |
| Conference Calls | $7.81 |
| Trial Supplies | $70.82 |
| Total: | $1,651.51 |

3

9.      BI has been billed all of the above amounts by Thompson Hine LLP and all of them either have been paid or are currently due and payable under BI's engagement agreement with the firm.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2018                    _____
                                           Eric N. Heyer

# THOMPSON HINE

| ATLANTA | | CLEVELAND | | DAYTON | | WASHINGTON, D.C. |
| | CINCINNATI | | COLUMBUS | | NEW YORK | |

June 7, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian                                    Our File No. 076477.00002
20 Dunes Row
Amelia Island, FL  32034

**Bazarian v. Stipa and Desarrollos Aero**          Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 05/31/18:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 15,083.00 |
| Disbursements and Charges | $ | 681.26 |
| Total Fees, Disbursements and Charges | $ | 15,764.26 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 15,764.26 |

---

# THOMPSON HINE

Page 2                                                                          June 7, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| Date | Services | Hours |
|------|----------|-------|
| 05/14/18 | ███████████████████████████████████ | ~~1.30~~ |
| 05/14/18 | Communicate with E. Heyer regarding post-trial motions for attorneys' fees and interest. | |
| | Jesse L. Jenike-Godshalk | 0.10 |
| 05/14/18 | Post-trial organization, waiting for jury verdict. | |
| | Karyna Valdes | 1.50 |
| 05/15/18 | Research deadline for post-trial motion for award of prejudgment interest, attorneys' fees and costs; correspondence with Karyna Valdes regarding research for first draft of same. | |
| | Eric N. Heyer | 0.50 |
| 05/16/18 | Call with Carl Bazarian regarding gathering invoices for fees and costs motion. | |
| | Eric N. Heyer | 0.10 |
| 05/16/18 | Research and draft motion for prejudgment interest and award of attorneys' fees and costs. | |
| | Karyna Valdes | 1.80 |
| 05/17/18 | ███████████████████████████████████ review draft motion for award of attorneys' fees and prejudgment interest; attention to correspondence with Bill Clover regarding invoice for expert witness fees. | |
| | Eric N. Heyer | ~~0.80~~ .60 |
| 05/21/18 | Call with Greg Zorella regarding post-judgment procedures. | |
| | Eric N. Heyer | 0.30 |
| 05/22/18 | Discuss pre-judgment interest calculation with K. Valdes. | |
| | Eric N. Heyer | 0.10 |
| 05/22/18 | Conducting legal research and drafting memorandum in support of motion for award of prejudgment interest and attorneys' fees and costs.. | |
| | Karyna Valdes | 7.60 |
| 05/24/18 | Continue conducting legal research and drafting memorandum in support of motion for award of prejudgment interest and attorneys' fees and costs; organize Carl Bazarian's trial expenses in preparation for Carl Bazarian's Declaration in support of motion for award of fees and costs. | |
| | Karyna Valdes | 5.20 |

THOMPSON
HINE

Page 3                                                                                          June 7, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| 05/25/18 | Work on preparing bill of costs and supporting documentation. | |
|---|---|---|
| | Eric N. Heyer | 1.70 |
| 05/25/18 | Continue conducting legal research and drafting memorandum in support of motion for award of prejudgment interest and attorneys' fees and costs. | |
| | Karyna Valdes | 3.00 |
| 05/27/18 | Continue work on and finalize bill of costs and supporting declaration and exhibits for same. | |
| | Eric N. Heyer | 1.00 |
| 05/27/18 | Draft, edit, and revise draft motion for prejudgment interest, reasonable attorneys' fees, costs, and expenses and supporting memorandum. | |
| | Eric N. Heyer | 0.90 |
| 05/28/18 | Finalize bill of costs and supporting exhibits for filing. | |
| | Eric N. Heyer | 0.60 |
| 05/28/18 | Research authorities for and draft memorandum in support of motion for prejudgment interest, attorneys' fees, and costs; work on calculations of costs and expenses and draft declaration of Carl Bazarian for same. | |
| | Eric N. Heyer | 5.30 |
| 05/29/18 | Call with Carl Bazarian regarding declaration for motion for interest, attorneys' fees, costs, and expenses; attention to exhibits and finalizing Carl Bazarian declaration for same; draft Heyer declaration in support of motion and review supporting documents and prepare fee and expense calculations for same; draft, edit, and finalize motion for interest, attorneys' fees, costs, and expenses and supporting memorandum. | |
| | Eric N. Heyer | 5.30 |
| 05/29/18 | Edit, review, and supplement memorandum in support of attorneys' fees and prejudgment interest, and Carl Bazarian's expenses declaration. | |
| | Karyna Valdes | 6.40 |
| 05/30/18 | Correspondence with Carl Bazarian and Greg Zorella regarding interest and fees motion and supporting documentation. | |
| | Eric N. Heyer | 0.20 |
| | Fee for Professional Services | $15,083.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Eric N. Heyer | Partner | 18.10 | 430.00 |
| Karyna Valdes | Law Clerk | 25.50 | 285.00 |
| Jesse L. Jenike-Godshalk | Associate | 0.10 | 325.00 |

THOMPSON
HINE

Page 4                                                                June 7, 2018
Our File No. 076477.00002
Bazarian International Financial Associates


                                    Fee for Professional Services        $15,083.00


### Disbursements and Charges

| Description | Amount |
|---|---|
| Conference Calls | 7.81 |
| Lexis Charges | 650.05 |
| Pacer Charges | 23.40 |
| Total Disbursements and Charges | $681.26 |

# THOMPSON HINE

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
|---|---|---|---|
| | CINCINNATI | COLUMBUS | NEW YORK |

June 7, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**          Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 05/31/18:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 15,083.00 |
| Disbursements and Charges | $ | 681.26 |
| Total Fees, Disbursements and Charges | $ | 15,764.26 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 15,764.26 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330

# THOMPSON HINE

| ATLANTA | | CLEVELAND | | DAYTON | | WASHINGTON, D.C. |
|---------|------------|-----------|----------|--------|----------|------------------|
| | CINCINNATI | | COLUMBUS | | NEW YORK | |

July 10, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Invoice No. 2824848
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**          Federal I.D. No. 34-0575300

*For professional services rendered for your account through 06/30/18:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 20,867.00 |
| Disbursements and Charges | $ | 722.43 |
| Total Fees, Disbursements and Charges | $ | 21,589.43 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 21,589.43 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330

THOMPSON
HINE

Page 2                                                                                      July 10, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| Date | Services | Hours |
|------|----------|-------|
| 06/07/18 | Prepare notice and supplemental declaration enclosing detailed Clover invoice; finalize and file same. | |
| | Eric N. Heyer | 0.80 |
| 06/12/18 | Start review of post-trial motions filed by plaintiffs. | |
| | Eric N. Heyer | 0.20 |
| 06/12/18 | Review and analyze Defendants' Motion for Entry of Judgment as a Matter of Law or, in the Alternative, for New Trial; review and analyze Defendants' Post-Trial Motion for Remittitur or, in the Alternative, for a New Trial on Damages. | |
| | Jesse L. Jenike-Godshalk | 1.20 |
| 06/13/18 | Review and analyze Defendants' opposition to motion for prejudgment interest, attorneys' fees, costs and expenses. | |
| | Eric N. Heyer | 0.50 |
| 06/13/18 | Communicate with E. Heyer regarding strategy for post-trial motions; research issues relating to appeals and strategy for motion for award of attorneys' fees. | |
| | Jesse L. Jenike-Godshalk | 1.40 |
| 06/14/18 | Call with Jesse Jenike-Godshalk regarding preparing reply in support of motion for award of attorneys' fees, pre- and post-judgment interest, and costs and expenses and points for same; continue reviewing renewed motion for judgment as a matter of law or, alternatively, for a new trial. | |
| | Eric N. Heyer | 0.70 |
| 06/14/18 | Communicate with E. Heyer regarding strategy for post-trial motions; review and analyzed Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses; review and analyze Defendants' Response in Opposition to Motion. | |
| | Jesse L. Jenike-Godshalk | 1.80 |
| 06/15/18 | Call to Fred Rodriguez regarding extension of time request; research Rule 54 procedures; correspondence with Fred Rodriguez regarding extension; prepare consent motion for extension of time to respond to post-trial motions and to submit reply on fee and expense petition; prepare consent motion for extension of time. | |
| | Eric N. Heyer | 1.60 |
| 06/15/18 | Continue reviewing renewed motion for judgment as a matter of law. | |
| | Eric N. Heyer | 0.40 |

THOMPSON
HINE

Page 3                                                                              July 10, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| Date | Description | Hours |
|---|---|---|
| 06/15/18 | Review and analyze cases cited in Response in Opposition to Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses; research rules and case law for Reply in Support of Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses. Jesse L. Jenike-Godshalk | 2.60 |
| 06/17/18 | Research case law for Reply in Support of Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses; drafted Reply. Jesse L. Jenike-Godshalk | 2.50 |
| 06/18/18 | Research case law for Reply in Support of Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses; draft Reply. Jesse L. Jenike-Godshalk | 0.50 |
| 06/19/18 | Research case law for Reply in Support of Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses; review, analyze, and annotate cases from research; draft Reply. Jesse L. Jenike-Godshalk | 7.00 |
| 06/20/18 | Research case law and review trial transcripts for Reply in Support of Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses; review, analyze, and annotate cases from research; draft Reply. Jesse L. Jenike-Godshalk | 6.50 |
| 06/21/18 | Research case law and reviewed trial transcripts for Reply in Support of Motion for Award of Prejudgment Interest, Post-Judgment Interest, Reasonable Attorneys' Fees, Costs, and Expenses; review, analyze, and annotate cases from research; draft and revise Reply. Jesse L. Jenike-Godshalk | 6.20 |
| 06/25/18 | Work on reply in support of motion for attorneys' fees and costs; discuss pre-judgment interest authorities and case law with Jesse Jenike-Godshalk. Eric N. Heyer | 1.20 |
| 06/25/18 | Communicate with E. Heyer regarding strategy for post-trial motions. Jesse L. Jenike-Godshalk | 0.30 |
| 06/26/18 | Review case law, edit, and revise reply brief in support of motion for attorneys' fees, pre- and post-judgment interest, costs, and expenses. Eric N. Heyer | 4.40 |
| 06/26/18 | Research remittitur in treatises and in case law; review, analyze, and annotate cases cited in Motion for Remittitur. Jesse L. Jenike-Godshalk | 1.80 |

Tʜᴏᴍᴘsᴏɴ
Hɪɴᴇ

Page 4                                                          July 10, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| 06/26/18 | Communicate with E. Heyer regarding strategy for Reply in Support of Motion for Award of Prejudgment Interest, Post-Judgment Interest, Attorneys' Fees, Costs, and Expenses. | |
| | Jesse L. Jenike-Godshalk | 0.20 |
| 06/27/18 | Research remittitur standard; review and analyze trial transcripts and exhibits in preparation for drafting Memoranda in Opposition to post-trial motions; draft Memorandum in Opposition to Motion for Remittitur. | |
| | Jesse L. Jenike-Godshalk | 4.50 |
| 06/28/18 | Review and analyze trial transcripts and exhibits in preparation for drafting memoranda in opposition to post-trial motions; communicate with A. Geha about researching for memoranda in opposition to post-trial motions; draft Memorandum in Opposition to Motion for Remittitur. | |
| | Jesse L. Jenike-Godshalk | 5.90 |
| 06/29/18 | Review and analyze trial transcripts and exhibits in preparation for drafting memoranda in opposition to post-trial motions; draft Memorandum in Opposition to Motion for Remittitur. | |
| | Jesse L. Jenike-Godshalk | 4.80 |
| 06/29/18 | Case law research of Plaintiff's post trial motion to determine accuracy of citations. | |
| | Andrew B. Geha | 1.30 |
| 06/30/18 | Research rules to find additional legal support for Memorandum in Opposition to Motion for Remittitur; draft Memorandum in Opposition. | |
| | Jesse L. Jenike-Godshalk | 3.10 |
| | Fee for Professional Services | $20,867.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
| --- | --- | --- | --- |
| Eric N. Heyer | Partner | 9.80 | 430.00 |
| Andrew B. Geha | Associate | 1.30 | 235.00 |
| Jesse L. Jenike-Godshalk | Associate | 50.30 | 325.00 |
| | Fee for Professional Services | | $20,867.00 |


THOMPSON
HINE

Page 5                                                                July 10, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

## Disbursements and Charges

| Description | Amount |
|---|---|
| Food & Beverage - Payee: Karyna Valdes Dinner at Yafa Gille on 05/10/18 with Eric Heyer and Jesse Jenike-Godshalk for late night trial prep | 42.04 |
| Supplies - Payee: Karyna Valdes Binders for trial exhibits | 70.82 |
| Lexis Charges | 584.27 |
| Pacer Charges | 25.30 |
| Total Disbursements and Charges | 722.43 |

# THOMPSON HINE

July 10, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL 32034

Invoice No. 2824848
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**   Federal I.D. No. 34-0575300

*For professional services rendered for your account through 06/30/18:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 20,867.00 |
| Disbursements and Charges | $ | 722.43 |
| Total Fees, Disbursements and Charges | $ | 21,589.43 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 21,589.43 |

Remittance Copy

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-1600

O: 202.331.8800
F: 202.331.8330

# THOMPSON HINE

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
|---|---|---|---|
| CINCINNATI | COLUMBUS | NEW YORK | |

August 10, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Invoice No. 2830461
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**          Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 07/31/18:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 15,495.50 |
| Disbursements and Charges | $ | 287.26 |
| Total Fees, Disbursements and Charges | $ | 15,782.76 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 15,782.76 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330

THOMPSON
HINE

Page 2                                                                      August 10, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| Date | Services | Hours |
|------|----------|-------|
| 07/01/18 | Revise Memorandum in Opposition to Motion for Remittitur. | |
| | Jesse L. Jenike-Godshalk | 1.30 |
| 07/02/18 | Review and analyze trial transcripts, jury instructions, joint pretrial statement, and trial brief in preparation for drafting Memorandum in Opposition to Renewed Motion for Judgment as a Matter of Law; draft Memorandum in Opposition. | |
| | Jesse L. Jenike-Godshalk | 3.40 |
| 07/03/18 | Review and analyze trial transcripts in preparation for drafting Memorandum in Opposition to Renewed Motion for Judgment as a Matter of Law; draft Memorandum in Opposition. | |
| | Jesse L. Jenike-Godshalk | 4.20 |
| 07/03/18 | Finish case law research on Plaintiff's post trial motion to determine accuracy of citations. | |
| | Andrew B. Geha | 1.90 |
| 07/04/18 | Draft Memorandum in Opposition to Renewed Motion for Judgment as a Matter of Law. | |
| | Jesse L. Jenike-Godshalk | 1.90 |
| 07/05/18 | Review and analyze trial testimony of P. Vera in preparation for drafting Memorandum in Opposition to Renewed Motion for Judgment as a Matter of Law; researched case law regarding alter ego liability; draft Memorandum in Opposition. | |
| | Jesse L. Jenike-Godshalk | 7.60 |
| 07/05/18 | Case law research regarding successor liability. | |
| | Andrew B. Geha | 1.30 |
| 07/06/18 | Revise draft opposition to Rule 50 motion and motion for new trial. | |
| | David A. Wilson | 3.30 |
| 07/06/18 | Research case law regarding successor-in-interest liability; draft Memorandum in Opposition to Renewed Motion for Judgment as a Matter of Law. | |
| | Jesse L. Jenike-Godshalk | 3.00 |
| 07/09/18 | Work on draft opposition to Rule 59 motion; discuss same with Jesse Jenike-Godshalk; correspondence with court reporters regarding uploading PM trial transcripts; edit, revise, and finalize opposition to renewed motion for judgment. | |
| | Eric N. Heyer | 6.90 |
| 07/09/18 | Review, edit and finalize draft opposition to Defendants' remittitur motion. | |
| | Eric N. Heyer | 1.80 |

THOMPSON
HINE

Page 3                                                                        August 10, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| Date | Description | | Hours |
|---|---|---|---|
| 07/09/18 | Revise draft brief in opposition to defendants' motion for remittitur. | | |
| | David A. Wilson | | 1.70 |
| 07/09/18 | Revise memoranda in opposition to Defendants' post-trial motions. | | |
| | Jesse L. Jenike-Godshalk | | 0.30 |
| 07/10/18 | Correspondence with Carl Bazarian regarding Defendants' oppositions to two post-trial motions. | | |
| | Eric N. Heyer | | 0.10 |
| 07/12/18 | Review Defendants' consent motion for extension of time to file reply briefs on post-trial motions. | | |
| | Eric N. Heyer | | 0.10 |
| 07/20/18 | ███████████████████████████████ | | ~~0.30~~ |
| 07/31/18 | Review and analyze Reply in Support of Motion for Remittitur; review and analyze Reply in Support of Renewed Motion for Entry of Judgment as a Matter of Law. | | |
| | Jesse L. Jenike-Godshalk | | 0.80 |
| | Fee for Professional Services | | $15,495.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| David A. Wilson | Partner | 5.00 | 695.00 |
| Eric N. Heyer | Partner | 9.20 | 430.00 |
| Andrew B. Geha | Associate | 3.20 | 235.00 |
| Jesse L. Jenike-Godshalk | Associate | 22.50 | 325.00 |
| | Fee for Professional Services | | $15,495.50 |

### Disbursements and Charges

| Description | Amount |
|---|---|
| Lexis Charges | 284.16 |
| Pacer Charges | 3.10 |
| Total Disbursements and Charges | 287.26 |

# THOMPSON HINE

August 10, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Invoice No. 2830461
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**          Federal I.D. No. 34-0575300

*For professional services rendered for your account through 07/31/18*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 15,495.50 |
| Disbursements and Charges | $ | 287.26 |
| Total Fees, Disbursements and Charges | $ | 15,782.76 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 15,782.76 |

Remittance Copy

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-1600

O: 202.331.8800
F: 202.331.8330

THOMPSON
HINE

ATLANTA    CLEVELAND    DAYTON    WASHINGTON, D.C.
CINCINNATI    COLUMBUS    NEW YORK

September 6, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Invoice No. 2833093
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**          Federal I.D. No. 34-0575300

*For professional services rendered for your account through 08/31/18:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,719.00 |
| Disbursements and Charges | $ | 2.60 |
| Total Fees, Disbursements and Charges | $ | 1,721.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,721.60 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330

# Thompson Hine

Page 2
Our File No. 076477.00002
Bazarian International Financial Associates

September 6, 2018

| Date | Services | Hours |
|------|----------|-------|
| 08/06/18 | Review defendants' reply briefs for post trial motions.<br>David A. Wilson | 0.40 |
| 08/08/18 | Review Defendants' reply brief in support of motion for remittitur.<br>Eric N. Heyer | 0.70 |
| 08/09/18 | Review reply in support of renewed motion for judgment as a matter of law and discuss same with Jesse Jenike-Godshalk and Carl Bazarian (2.10).<br>Eric N. Heyer | 2.10 |
| 08/09/18 | ███████████████████████████████ | ~~0.20~~ |
| 08/09/18 | Communicated with E. Heyer regarding strategy for post-trial motions, appeals, and enforcement of judgment.<br>Jesse L. Jenike-Godshalk | 0.20 |
| 08/31/18 | ███████████████████████████████ | ~~0.20~~ |

| | Fee for Professional Services | $1,719.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| David A. Wilson | Partner | 0.40 | 695.00 |
| Eric N. Heyer | Partner | 3.20 | 430.00 |
| Jesse L. Jenike-Godshalk | Associate | 0.20 | 325.00 |
| | Fee for Professional Services | | $1,719.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Pacer Charges | 2.60 |
| Total Disbursements and Charges | 2.60 |

THOMPSON
HINE

Page 3                                                      September 6, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

THOMPSON
HINE

September 6, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Invoice No. 2833093
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**          Federal I.D. No. 34-0575300

*For professional services rendered for your account through 08/31/18*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,719.00 |
| Disbursements and Charges | $ | 2.60 |
| Total Fees, Disbursements and Charges | $ | 1,721.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,721.60 |

Remittance Copy

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-1600

O: 202.331.8800
F: 202.331.8330

# THOMPSON HINE

ATLANTA    CLEVELAND    DAYTON    WASHINGTON, D.C.

CINCINNATI    COLUMBUS    NEW YORK

November 2, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Invoice No. 2842455
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 10/31/18:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,301.00 |
| Total Fees, Disbursements and Charges | $ | 2,301.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,301.00 |

---

THOMPSON HINE LLP
ATTORNEYS AT LAW    1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537    www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330

THOMPSON
HINE

Page 2                                                              November 2, 2018
Our File No. 076477.00002
Bazarian International Financial Associates

| Date | Services | Hours |
|------|----------|-------|
| 10/24/18 | Review memorandum opinion and order denying Defendants' post-trial motions and granting motion for attorneys' fees, costs, and expenses. | |
| | Eric N. Heyer | 1.60 |
| 10/24/18 | Review court's memorandum and order on all post-trial motions. | |
| | David A. Wilson | 0.80 |
| 10/24/18 | Reviewed and analyzed Memorandum Opinion on post-trial motions. | |
| | Jesse L. Jenike-Godshalk | 1.20 |
| 10/29/18 | Reviewed and analyzed Federal Rules of Appellate Procedure governing timing of appeals; calculated deadline for defendants to appeal. | |
| | Jesse L. Jenike-Godshalk | 0.20 |
| 10/30/18 | ██████████████████████████ | ~~1.40~~ |

Fee for Professional Services                                        $2,301.00

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| David A. Wilson | Partner | 0.80 | 695.00 |
| Eric N. Heyer | Partner | 3.00 | 430.00 |
| Jesse L. Jenike-Godshalk | Associate | 1.40 | 325.00 |

Fee for Professional Services        $2,301.00

THOMPSON
HINE

November 2, 2018

Bazarian International Financial Associates
c/o Carl J. Bazarian
20 Dunes Row
Amelia Island, FL  32034

Invoice No. 2842455
Our File No. 076477.00002

**Bazarian v. Stipa and Desarrollos Aero**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 10/31/18.*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,301.00 |
| Total Fees, Disbursements and Charges | $ | 2,301.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,301.00 |

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-1600

O: 202.331.8800
F: 202.331.8330